UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                        )
IN RE YASMIN AND YAZ (DROSPIRENONE))    3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND      )
PRODUCTS LIABILITY LITIGATION       )   MDL No. 2100
_____ )
                                        ORDER
                                        VACATING DISMISSAL

**This Document Relates to:**

*Michaela Utegg v. Bayer Corp., et al.* No. 3:11-cv-20021-DRH-PMF

*Misty Naumann v. Bayer Corp., et al.* No. 3:11-cv-20022-DRH-PMF

*Stacy Klee v. Bayer Corp., et al.* No. 3:11-cv-20023-DRH-PMF

*Jolanta Fredericks, et al. v. Bayer Corp., et al.* No. 3:11-cv-20024-DRH-PMF

**ORDER**

**HERNDON, Chief Judge:**

The plaintiffs in the above captioned actions have filed motions to vacate the Court's orders dismissing each case without prejudice for failure to comply with Plaintiff Fact Sheet Requirements (*Utegg* Doc. 19, *Naumann* Doc. 20, *Klee* Doc. 18, *Fredericks* Doc. 19). Each plaintiff states that she is now in compliance with her PFS obligations. *Id*. Bayer has is not opposed to plaintiffs' motions to vacate (*Utegg* Doc. 20, *Naumann* Doc. 21, *Klee* Doc. 19, *Fredericks* Doc. 20). Accordingly, the Court hereby **vacates** the orders dismissing without

prejudice plaintiffs' actions and thereby **reinstates** each of the above captioned cases.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2011.08.30 14:26:34 -05'00'

**Chief Judge**
**United States District Court**                    Date:  August 30, 2011